IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA GONCALVES,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 25-CV-3476** |
| : | |
| **MUNICIPALITY OF EXETER** : | |
| **TOWNSHIP BERKS COUNTY,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 13th day of August, 2025, upon consideration of pro se Plaintiff Barbabra Goncalves's Motion to Proceed *In Forma Pauperis* (ECF No.1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and with no leave to amend in this case. The dismissal is without prejudice to Goncalves filing a new civil action only in the event that her underlying conviction is reversed, vacated, or otherwise invalidated.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR., J.**